NADJA KOZICKI et al., Respondents, v. BROOKLYN BUS CORPORATION et al., Appellants.—

No opinion. Present — Close, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

YETTA LAGOWITZ, Appellant, v. MORRIS LAGOWITZ, Respondent.—

No opinion. Present — Hagarty, Carswell, Johnston, Adel and Taylor, JJ.

BELLA LUSKIN, Respondent, v. PROGRESS LUMBER CO., INC., Appellant.—

No opinion. Present — Close, P. J., Carswell, Johnston, Adel and Taylor, JJ.

FRANZ ORAUSCHNIG, Respondent, v. MARIE PERKINS, as Administratrix of the Estate of WILLIAM A. PERKINS, Deceased, Appellant.—

No opinion. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX KRULIK, Appellant.—

No opinion. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

WILFRID F. ROSAR, Appellant, v. J. HOWARD CAPRON et al., Defendants, and HARRY BERGER, as Receiver of J. HOWARD CAPRON, Individually and Doing Business under the Name of J. H. CAPRON COMPANY, Defendant-Respondent.—

No opinion. Present — Close, P. J., Carswell, Johnston, Adel and Taylor, JJ.